IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-PO-194 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman |
| v. | : | |
| MICHAEL OWENSBY, | : | |
| Defendant. | : | |

___

### ORDER MODIFYING BOND CONDITIONS
___

The Court reviewed the bond violation report dated January 31, 2013 in which the Pretrial Services Officer states Defendant provided positive urinalysis samples for cocaine on two occasions, and recommends Defendant be ordered to "participate in a program of inpatient or outpatient substance abuse counseling if directed by the Pretrial Services Office."

On February 6, 2013, the Court held an in-chambers conference, on the record, with counsel for both sides. There being no objection to the recommendation by the Pretrial Services Officer and Defendant, through counsel, having waived a hearing -- during which he could have admitted or denied the two bond violations at issue -- the Court **ADOPTS** the recommendation of Pretrial Services and **MODIFIES** Defendant's bond to include the requirement of the substance abuse counseling referenced above. All other bond conditions remain in full force and effect.

**IT IS SO ORDERED.**

February 6, 2013                                               s/ **Michael J. Newman**
                                                                        United States Magistrate Judge