IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12PO194 |
| vs. | : | Magistrate Judge Michael J. Newman |
| MICHAEL OWENSBY, | : | |
| Defendant. | : | |

## ORDER RELEASING DEFENDANT FROM CUSTODY

The Court held a conference call with counsel for both sides and Pretrial Services Officer Patrick Kennedy on May 21, 2013. The Court, having been advised by Mr. Kennedy that Defendant needs in-patient substance abuse/mental health treatment, and that an opening in such a program will occur at the Dayton V.A. Medical Center on May 23, 2013 at 11:00 A.M., **ORDERS** as follows:

1. Defendant, who is currently detained in the Butler County Jail, shall be dressed and ready for release on Thursday, May 23, 2013 at 8:30 A.M.; and

2. Defendant shall then be released from the Butler County Jail to Edith Thompson, M.S.W., the Veteran's Justice Outreach Coordinator of the Dayton V.A. Medical Center. Ms. Thompson shall transport Defendant to the V.A. Medical Center.

The Court retains jurisdiction over Defendant, and Defendant remains on bond.

A copy of this Order shall be provided to counsel for both sides, the Butler County Jail, the U.S. Marshal, U.S. Pretrial Services, and Ms. Thompson.

**IT IS SO ORDERED.**

May 21, 2013                                               s/ **Michael J. Newman**
                                                                  United States Magistrate Judge