IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-PO-194 |
| vs. | : | Magistrate Judge Michael J. Newman |
| MICHAEL OWENSBY, | : | |
| Defendant. | : | |

## ORDER

For good cause shown, and because he previously executed a V.A. Medical Release Form, Defendant's unopposed motion -- to direct the Dayton V.A. Medical Center to produce a copy of his medical records (doc. 11) -- is **GRANTED**.

Within **FIFTEEN DAYS** of the issuance of this Order, the Dayton V.A. Medical Center shall produce a copy of Defendant's medical records to Defendant's counsel. The records shall be mailed to:

Cheryll A. Bennett, Esq.
Federal Public Defender's Office
1 South Main Street
Suite 490
Dayton, Ohio 45402

The Clerk of Courts shall send a copy of this Order, by certified mail, to the Dayton V.A. Medical Center at the following address:

Dayton V.A. Medical Center
4100 West 3rd Street
Dayton, Ohio 45428
Attn: Medical Records Department

**IT IS SO ORDERED.**

July 18, 2013    s/ **Michael J. Newman**
United States Magistrate Judge